| PL/DEPT | PP BEGIN DATE | PP END DATE | EMPLOYEE NO. | EMPLOYEE NAME | USER ID |
|---|---|---|---|---|---|
| [redacted] | 10/23/2022 | 11/05/2022 | [redacted] | Davis, John | [redacted] |


**Catholic Health**
(516) 562-6000

The 2023 Open Enrollment Period is here! The Annual Open Enrollment period will take place from Tuesday, October 18th through Friday, November 11th. It is important that you login to www.benefitsquest.com/CHSLI during this period to confirm the 2023 benefit enrollment for you and your dependent(s). Enrollment is strongly encouraged to confirm your elections are as you intend them to be for 2023.

| ACCRUAL TYPE | CURRENT ACCRUAL | ENDING BALANCE |
|---|---|---|
| Vacation | 0.00 | 281.25 |
| Sick | 0.00 | 141.36 |
| Persn Sk | 0.00 | 7.50 |
| Holiday | 0.00 | 60.00 |
| Personal | 0.00 | 30.00 |
| Reserve | 0.00 | 23.51 |

| MARRIED/SINGLE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED: | Single | 00000 | 10.00 |
| ST: | Single | 00000 | 20.00 |
| LOC: | | 00000 | 0.00 |

### GROSS PAY - PAY PERIOD

| DESCRIPTION | HOURS | RATE | CURR. AMT. |
|---|---|---|---|
| Regular | 59.00 | 26.3057 | 1,552.02 |
| OverTime | 15.00 | 41.0035 | 615.05 |
| OverTime | 15.00 | 39.6907 | 595.36 |
| Regular | 16.00 | 27.3357 | 437.37 |
| OverTime | 1.00 | 39.4585 | 39.46 |

### GROSS PAY - YTD

| DESCRIPTION | YTD-HOURS | YTD-AMOUNT |
|---|---|---|
| Regular | 1571.00 | 39,942.19 |
| OverTime | 68.50 | 2,615.56 |
| OverTime | 277.00 | 10,721.94 |
| Regular | 0.00 | 0.00 |
| OverTime | 0.00 | 0.00 |
| Vac Lieu | 142.78 | 3,613.15 |
| Sick | 105.00 | 2,655.49 |
| Hol Work | 49.00 | 1,851.68 |
| NYSBonus | 0.00 | 1,500.00 |
| Reg Over | 48.00 | 1,225.40 |
| Personal | 7.50 | 189.79 |

### TAXES

| DESCRIPTION | CURR. AMT. | YTD TAXES |
|---|---|---|
| FED-WH | 516.71 | 9,470.33 |
| FICA-SS | 200.68 | 3,983.79 |
| FICA-MED | 46.93 | 931.69 |
| NYS-WH | 184.51 | 3,560.70 |
| NY-DIS | 1.20 | 27.60 |
| NYSPFL | 16.55 | 328.65 |

### DEDUCTIONS

| DESCRIPTION | CURR. AMT. | YTD AMT |
|---|---|---|
| Vision | 2.66 | 61.18 |
| HospInd | 6.77 | 155.71 |
| Accident | 2.83 | 65.09 |
| Legal | 7.62 | 175.26 |

| TAX/DED. TOTALS | 986.46 | 18,760.00 |
|---|---|---|

### DEPOSIT/CHECK INFO.

| DESCRIPTION | CURR. AMT. |
|---|---|

### OTHER ITEMS - PAY PERIOD

| | | | |
|---|---|---|---|
| GTL | | 0.2100 | 0.21 |

### OTHER ITEMS - YTD

| | | |
|---|---|---|
| GTL | 0.00 | 0.63 |

| CHECK NO. | [redacted] |
|---|---|

| GROSS - P.P. | 106.00 | | $3,239.47 | GROSS - YTD | 2268.78 | $64,315.83 | TOTAL NET PAY | $2,252.80 |
|---|---|---|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

| PL/DEPT | PP BEGIN DATE | PP END DATE | EMPLOYEE NO. | EMPLOYEE NAME | USER ID |
|---|---|---|---|---|---|
| ~~1300/99100~~ | 10/09/2022 | 10/22/2022 | ~~~~ | Davis, John | ~~JDAVIS19~~ |


**Catholic Health**
(516) 562-6000

The 2023 Open Enrollment Period is here! The Annual Open Enrollment period will take place from Tuesday, October 18th through Friday, November 11th. It is important that you login to www.benefitsquest.com/CHSLI during this period to confirm the 2023 benefit enrollment for you and your dependent (s). Enrollment is strongly encouraged to confirm your elections are as you intend them to be for 2023.

| ACCRUAL TYPE | CURRENT ACCRUAL | ENDING BALANCE |
|---|---|---|
| Vacation | 0.00 | 281.25 |
| Sick | 0.00 | 141.36 |
| Persn Sk | 0.00 | 7.50 |
| Holiday | 0.00 | 60.00 |
| Personal | 0.00 | 30.00 |
| Reserve | 0.00 | 23.51 |

| MARRIED/SINGLE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED: | Single | 00000 | 10.00 |
| ST: | Single | 00000 | 20.00 |
| LOC: | | 00000 | 0.00 |

| GROSS PAY - PAY PERIOD ||||  GROSS PAY - YTD |||  TAXES |||
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURR. AMT. | DESCRIPTION | YTD-HOURS | YTD-AMOUNT | DESCRIPTION | CURR. AMT. | YTD TAXES |
| Regular | 45.00 | 26.3057 | 1,183.74 | Regular | 1496.00 | 37,952.80 | FED-WH | 417.24 | 8,953.62 |
| OverTime | 12.50 | 39.6057 | 495.07 | OverTime | 248.50 | 9,573.03 | FICA-SS | 172.65 | 3,783.11 |
| Regular | 15.00 | 27.3357 | 410.04 | Regular | 0.00 | 0.00 | FICA-MED | 40.38 | 884.76 |
| Sick | 15.00 | 26.3057 | 394.58 | Sick | 105.00 | 2,655.49 | NYS-WH | 158.05 | 3,376.19 |
| Reg Over | 7.50 | 27.3357 | 205.02 | Reg Over | 48.00 | 1,225.40 | NY-DIS | 1.20 | 26.40 |
| OverTime | 2.50 | 39.4585 | 98.64 | OverTime | 66.00 | 2,514.60 | NYSPFL | 14.24 | 312.10 |
|  |  |  |  | Vac Lieu | 142.78 | 3,613.15 |  |  |  |
|  |  |  |  | Hol Work | 49.00 | 1,851.68 |  |  |  |
|  |  |  |  | NYSBonus | 0.00 | 1,500.00 |  |  |  |
|  |  |  |  | Personal | 7.50 | 189.79 |  |  |  |

| DEDUCTIONS |||
|---|---|---|
| DESCRIPTION | CURR. AMT. | YTD AMT |
| Vision | 2.66 | 58.52 |
| HospInd | 6.77 | 148.94 |
| Accident | 2.83 | 62.26 |
| Legal | 7.62 | 167.64 |
| TAX/DED. TOTALS | 823.64 | 17,773.54 |

| DEPOSIT/CHECK INFO. ||
|---|---|
| DESCRIPTION | CURR. AMT. |
|  |  |

| OTHER ITEMS - PAY PERIOD |||| OTHER ITEMS - YTD |||
|---|---|---|---|---|---|---|
| GTL |  | 0.2100 | 0.21 | GTL | 0.00 | 0.42 |

| CHECK NO. | ~~~~ |
|---|---|
| GROSS - P.P. | 97.50 |  | $2,787.30 | GROSS - YTD | 2162.78 | $61,076.36 | TOTAL NET PAY | $1,963.45 |

——————————— REMOVE DOCUMENT ALONG THIS PERFORATION ———————————

| PL/DEPT | PP BEGIN DATE | PP END DATE | EMPLOYEE NO. | EMPLOYEE NAME | USER ID |
|---|---|---|---|---|---|
| ▓▓▓▓ | 09/25/2022 | 10/08/2022 | ▓▓▓▓ | Davis, John | ▓▓▓▓ |


**Catholic Health**
(516) 562-6000

The 2023 Open Enrollment Period is coming! Annual Open Enrollment will begin Tuesday, October 18th and will end Friday, November 11th. In preparation for the mailing of annual communications, notices, and tax related forms, please make sure your address and phone number on file with Catholic Health is correct. To view or update your current mailing address or phone number on file, please access the MyHR page on the Catholic Health intranet and click on the Update Address link.

| ACCRUAL TYPE | CURRENT ACCRUAL | ENDING BALANCE |
|---|---|---|
| Vacation | 0.00 | 281.25 |
| Sick | 0.00 | 156.36 |
| Persn Sk | 0.00 | 7.50 |
| Holiday | 0.00 | 60.00 |
| Personal | 0.00 | 30.00 |
| Reserve | 0.00 | 23.51 |

| MARRIED/SINGLE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED: | Single | 00000 | 10.00 |
| ST: | Single | 00000 | 20.00 |
| LOC: | | 00000 | 0.00 |

| GROSS PAY - PAY PERIOD |||| GROSS PAY - YTD ||| TAXES |||
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURR. AMT. | DESCRIPTION | YTD-HOURS | YTD-AMOUNT | DESCRIPTION | CURR. AMT. | YTD TAXES |
| Regular | 60.25 | 26.3057 | 1,584.90 | Regular | 1436.00 | 36,359.02 | FED-WH | 374.34 | 8,536.38 |
| OverTime | 12.75 | 39.6057 | 504.97 | OverTime | 236.00 | 9,077.96 | FICA-SS | 160.56 | 3,610.46 |
| Regular | 14.75 | 27.3357 | 403.20 | Regular | 0.00 | 0.00 | FICA-MED | 37.55 | 844.38 |
| OverTime | 2.25 | 39.4585 | 88.78 | OverTime | 63.50 | 2,415.96 | NYS-WH | 146.65 | 3,218.14 |
| OverTime | 0.25 | 41.0035 | 10.25 | OverTime | 0.00 | 0.00 | NY-DIS | 1.20 | 25.20 |
| | | | | Vac Lieu | 142.78 | 3,613.15 | NYSPFL | 13.25 | 297.86 |
| | | | | Sick | 90.00 | 2,260.91 | | | |
| | | | | Hol Work | 49.00 | 1,851.68 | | | |
| | | | | NYSBonus | 0.00 | 1,500.00 | | | |
| | | | | Reg Over | 40.50 | 1,020.38 | | | |
| | | | | Personal | 7.50 | 189.79 | | | |

| DEDUCTIONS |||
|---|---|---|
| DESCRIPTION | CURR. AMT. | YTD AMT |
| Vision | 2.66 | 55.86 |
| HospInd | 6.77 | 142.17 |
| Accident | 2.83 | 59.43 |
| Legal | 7.62 | 160.02 |

| TAX/DED. TOTALS | 753.43 | 16,949.90 |
|---|---|---|

| DEPOSIT/CHECK INFO. ||
|---|---|
| DESCRIPTION | CURR. AMT. |
| | |

| OTHER ITEMS - PAY PERIOD ||| OTHER ITEMS - YTD |||
|---|---|---|---|---|---|
| GTL | | 0.2100 | 0.21 | GTL | 0.00 | 0.21 |

| CHECK NO. | ▓▓▓▓ |
|---|---|

| GROSS - P.P. | 90.25 | | $2,592.31 | GROSS - YTD | 2065.28 | $58,289.06 | TOTAL NET PAY | | $1,838.67 |

─ REMOVE DOCUMENT ALONG THIS PERFORATION ─

| PL/DEPT | PP BEGIN DATE | PP END DATE | EMPLOYEE NO. | EMPLOYEE NAME | USER ID |
|---|---|---|---|---|---|
| [redacted] | 09/11/2022 | 09/24/2022 | [redacted] | Davis, John | [redacted] |

**Catholic Health**
(516) 562-6000

Log into the new I-CARE Recognition Program at ICareRecognition.chsli.org to recognize and network with colleagues. Also, our new Brand Store is now open at **icarestore.chsli.org**!

| ACCRUAL TYPE | CURRENT ACCRUAL | ENDING BALANCE |
|---|---|---|
| Vacation | -0.01 | 281.25 |
| Sick | 2.89 | 156.36 |
| Persn Sk | 0.00 | 7.50 |
| Holiday | 0.00 | 60.00 |
| Personal | 0.00 | 30.00 |
| Reserve | 0.00 | 23.51 |

| | MARRIED/SINGLE | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED: | Single | 00000 | 10.00 |
| ST: | Single | 00000 | 20.00 |
| LOC: | | 00000 | 0.00 |

### GROSS PAY - PAY PERIOD

| DESCRIPTION | HOURS | RATE | CURR. AMT. |
|---|---|---|---|
| Regular | 52.50 | 25.3057 | 1,328.53 |
| Sick | 15.00 | 25.3057 | 379.58 |
| Regular | 7.50 | 26.3357 | 197.52 |
| OverTime | 5.00 | 37.9607 | 189.81 |
| Reg Over | 7.50 | 25.3057 | 189.79 |
| OverTime | 2.50 | 37.9585 | 94.89 |

### GROSS PAY - YTD

| DESCRIPTION | YTD-HOURS | YTD-AMOUNT |
|---|---|---|
| Regular | 1361.00 | 34,370.92 |
| Sick | 90.00 | 2,260.91 |
| Regular | 0.00 | 0.00 |
| OverTime | 223.25 | 8,572.99 |
| Reg Over | 40.50 | 1,020.38 |
| OverTime | 61.00 | 2,316.93 |
| Vac Lieu | 142.78 | 3,613.15 |
| Hol Work | 49.00 | 1,851.68 |
| Personal | 7.50 | 189.79 |

### TAXES

| DESCRIPTION | CURR. AMT. | YTD TAXES |
|---|---|---|
| FED-WH | 327.66 | 7,832.04 |
| FICA-SS | 147.40 | 3,356.90 |
| FICA-MED | 34.47 | 785.08 |
| NYS-WH | 134.23 | 3,071.49 |
| NY-DIS | 1.20 | 24.00 |
| NYSPFL | 12.17 | 276.95 |

### DEDUCTIONS

| DESCRIPTION | CURR. AMT. | YTD AMT |
|---|---|---|
| Vision | 2.66 | 53.20 |
| HospInd | 6.77 | 135.40 |
| Accident | 2.83 | 56.60 |
| Legal | 7.62 | 152.40 |

| TAX/DED. TOTALS | 677.01 | 15,744.06 |
|---|---|---|

### DEPOSIT/CHECK INFO.

| DESCRIPTION | CURR. AMT. |
|---|---|

### OTHER ITEMS - PAY PERIOD

### OTHER ITEMS - YTD

| CHECK NO. | [redacted] |
|---|---|
| GROSS - P.P. | 90.00 | | $2,380.12 | GROSS - YTD | 1975.03 | $54,196.75 | TOTAL NET PAY | $1,703.11 |

———— REMOVE DOCUMENT ALONG THIS PERFORATION ————

| PL/DEPT | PP BEGIN DATE | PP END DATE | EMPLOYEE NO. | EMPLOYEE NAME | USER ID |
|---|---|---|---|---|---|
| | 08/28/2022 | 09/10/2022 | | Davis, John | |

**Catholic Health**
(516) 562-6000

Nominate a colleague for the 2022 Patrick J. Scollard award! See our Catholic Health intranet Announcements to submit your nomination.

| ACCRUAL TYPE | CURRENT ACCRUAL | ENDING BALANCE |
|---|---|---|
| Vacation | 7.21 | 424.04 |
| Sick | 6.20 | 168.47 |
| Persn Sk | 0.00 | 7.50 |
| Holiday | 0.00 | 60.00 |
| Personal | 0.00 | 30.00 |
| Reserve | 0.00 | 23.51 |

| MARRIED/SINGLE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED: | Single | 00000 | 10.00 |
| ST: | Single | 00000 | 20.00 |
| LOC: | | 00000 | 0.00 |

### GROSS PAY - PAY PERIOD

| DESCRIPTION | HOURS | RATE | CURR. AMT. |
|---|---|---|---|
| Regular | 50.50 | 25.3057 | 1,277.93 |
| OverTime | 15.00 | 39.5035 | 592.55 |
| OverTime | 15.00 | 38.1257 | 571.88 |
| OverTime | 14.50 | 38.0407 | 551.59 |
| Regular | 16.00 | 26.3357 | 421.37 |
| Hol Work | 8.50 | 37.9585 | 322.65 |
| OverTime | 4.50 | 37.9585 | 170.82 |

### GROSS PAY - YTD

| DESCRIPTION | YTD-HOURS | YTD-AMOUNT |
|---|---|---|
| Regular | 1301.00 | 32,844.87 |
| OverTime | 218.25 | 8,383.18 |
| OverTime | 0.00 | 0.00 |
| OverTime | 0.00 | 0.00 |
| Regular | 0.00 | 0.00 |
| Hol Work | 49.00 | 1,851.68 |
| OverTime | 58.50 | 2,222.04 |
| Sick | 75.00 | 1,881.33 |
| Reg Over | 33.00 | 830.59 |
| Personal | 7.50 | 189.79 |

### TAXES

| DESCRIPTION | CURR. AMT. | YTD TAXES |
|---|---|---|
| FED-WH | 670.22 | 6,904.47 |
| FICA-SS | 242.18 | 2,985.48 |
| FICA-MED | 56.64 | 698.22 |
| NYS-WH | 225.71 | 2,729.87 |
| NY-DIS | 1.20 | 22.80 |
| NYSPFL | 19.97 | 246.32 |

### DEDUCTIONS

| DESCRIPTION | CURR. AMT. | YTD AMT |
|---|---|---|
| Vision | 2.66 | 50.54 |
| HospInd | 6.77 | 128.63 |
| Accident | 2.83 | 53.77 |
| Legal | 7.62 | 144.78 |

| TAX/DED. TOTALS | 1,236.80 | 13,964.88 |
|---|---|---|

### DEPOSIT/CHECK INFO.

| DESCRIPTION | CURR. AMT. |
|---|---|

CHECK NO.

| | OTHER ITEMS - PAY PERIOD | | | OTHER ITEMS - YTD | | | |
|---|---|---|---|---|---|---|---|
| GROSS - P.P. | 124.00 | | $3,908.79 | GROSS - YTD | 1742.25 | $48,203.48 | TOTAL NET PAY $2,672.99 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —